298

CONGRESS OF RACIAL EQUALITY
et al., Appellants,

v.

TOWN OF CLINTON and Parish of East
Feliciana, Appellees.

No. 20960.

United States Court of Appeals
Fifth Circuit.
Feb. 12, 1965.

William M. Kunstler, New York City, Nils R. Douglas, Robert F. Collins, New Orleans, La., Carl Rachlin, New York City, Murphy W. Bell, Baton Rouge, La., F. B. McKissick, Durham, N. C., for appellants.

R. G. VanBuskirk, Richard H. Kilbourne, Clinton, La., for appellees.

Before JONES and BROWN, Circuit Judges, and SHEEHY, District Judge.

PER CURIAM:

It appearing that this cause is moot, the appeal is

Dismissed.

LIFE-LIKE PRODUCTS, INC., Appellant,

v.

SILBY-DOLCOURT CHEMICAL INDUSTRIES, INC., Appellee.

No. 21652.

United States Court of Appeals
Fifth Circuit.
Feb. 16, 1965.

Albert J. Kramer, Washington, D. C., Thomas B. DeWolf and Helliwell, Melrose & DeWolf, Miami, Fla., for appellant.

John Cyril Malloy, Miami, Fla., for appellee.

Before TUTTLE, Chief Judge, RIVES, Circuit Judge, and McRAE, District Judge.

PER CURIAM:

The judgment is affirmed on the findings and conclusions of the trial court.

SCHERER & SONS, INC., Appellant,

v.

INTERNATIONAL LADIES' GARMENT WORKERS' UNION AFL-CIO, LOCAL 415, and Florida Apparel Manufacturers' Association, Inc., Appellees.

No. 21505.

United States Court of Appeals
Fifth Circuit.
Feb. 15, 1965.
Rehearing Denied March 19, 1965.

Joseph A. Perkins, Miami, Fla., for appellant.

Herbert B. Mintz, Miami, Fla., for appellee Florida Apparel Manufacturers' Ass'n, Inc.

Morris P. Glushien, New York City, Robert Cohn, Atlanta, Ga., Herbert L. Kaplan, Orr, Treister & Kaplan, Miami, Fla., for appellee Local 415, ILGWU.

Before TUTTLE, Chief Judge, RIVES, Circuit Judge, and SIMPSON, District Judge.

PER CURIAM:

The findings of fact by the district court cannot be set aside as clearly erroneous. Rule 52(a) F.R.Civ.P. We agree with its conclusions of law. The judgment is therefore

Affirmed.